IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01248-BNB

TODD A. AURIT,
    Plaintiff,

v.

CHARLES OLIN, SOTMP Therapist,
ROBBIE BOLTON, SOTMP Therapist,
JOE STROMMEL, Mgr. SOTMP,
BURL MCCLULLAR, Prog. Mgr. SOTMP,
RUSTY LANDER, MHD, SOTMP Cord [sic],
SHANE MARTIN, Head of Mental Health,
JOHN EVANS, Case Mgr., and
CAROL MORTON, Case Mgr.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
    CLERK

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 22nd day of August, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01248-BNB

Todd A. Aurit
Prisoner No. 127586
Colorado Terr. Corr. Facility
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __8/25/08__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk